**FILED**

FEB -8 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| KENYA TAYLOR, | ) 4:17CR076 RLW/JMB |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 31, 2017, in the City of St. Louis within the Eastern District of Missouri,

**KENYA TAYLOR,**

the Defendant herein, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2000 Honda Accord, vehicle identification number ("VIN") 1HGCG5651YA019320, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 2119, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about January 31, 2017, in the City of St. Louis within the Eastern District of Missouri,

**KENYA TAYLOR,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney